**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ARTHUR D'AMARIO,** | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| **v.** | ) | **CIVIL NO. 08-24ML** |
| | ) | |
| **EDWARD C. ROY, JR.,** | ) | |
| **DEFENDANT** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the court on July 15, 2008, with copies to the parties, her Amended Recommended Decision Denying In Forma Pauperis Application and Recommending Dismissal of Case. The plaintiff filed his objection to the Recommended Decision on August 4, 2008. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The *in forma pauperis* application is **DENIED** and the case is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 5TH DAY OF AUGUST, 2008**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**
**DISTRICT OF MAINE**